[No. 36936-9-I.   Division One.   April 15, 1996.]

*In the Matter of the Personal Restraint Petition of* ANTHONY FLORCZAK, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-02569-6, Frank L. Sullivan, J., entered December 31, 1991. *Remanded* by unpublished per curiam opinion.

[No. 36953-9-I.   Division One.   April 15, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. M.B., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-8-02181-8, Mary Wicks Brucker, J., entered June 14, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 38153-9-I.   Division One.   April 15, 1996.]

THE STATE OF WASHINGTON, *Petitioner*, v. DANIEL M. GALLEGOS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 95-1-02749-7, Ricardo S. Martinez, J., entered January 25, 1996. *Remanded* by unpublished per curiam opinion.

[No. 34175-8-I.   Division One.   September 5, 1995.]

HOWARD E. STEWART, *Appellant*, v. ART REED, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 92-2-10209-9, Peter Jarvis, J., entered February 9, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Coleman, J.